**Order entered June 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01467-CV

---

### CRESENCIO BASTIDA, Appellant

### V.

### ABEL'S MOBILE HOME SERVICE, INC., ET AL, Appellees

---

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-02287-06

---

## ORDER

The clerk's record in this case is overdue. By order dated February 12, 2013 we ordered the Collin County District Clerk to file either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record. To date, we have not received the clerk's record or the required verification. Accordingly, we **ORDER** the Collin County District Clerk to file either the clerk's record or written verification that appellant has not been found indigent and has not paid for the record within **FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Collin County District Clerk Andrea Stroh Thompson.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE